# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** <br> (For **Revocation** of Probation or Supervised Release) |
| v. | Case Number:  99-cr-00222-DBS-01 |
| ISIDRO PALOMINO-GARCIA | USM Number:  44459-008 |
| | Blake J. Renner, Appointed <br> (Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1 and 2 as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| 1 | Unlawful Reentry After Deportation | 12/12/03 |
| 2 | New Law Violation | 12/12/03 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

December 15, 2005
Date of Imposition of Judgment

s/ Daniel B. Sparr
Signature of Judge

Daniel B. Sparr, Senior U.S. District Judge
Name & Title of Judge

December 21, 2005
Date

DEFENDANT:  ISIDRO PALOMINO-GARCIA
CASE NUMBER:  99-cr-00222-DBS-01                                                   Judgment-Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 18 months, consecutive to Docket No. 05-cr-00293-DBS.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By_____

DEFENDANT:  ISIDRO PALOMINO-GARCIA
CASE NUMBER:  99-cr-00222-DBS-01                                    Judgment-Page 3 of 2

                                           Deputy United States Marshal

DEFENDANT:  ISIDRO PALOMINO-GARCIA
CASE NUMBER:  99-cr-00222-DBS-01                                    Judgment-Page 3 of 2